IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ANDREW LOCOCO,<br>individually and on<br>behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIMMONS FIRST NATIONAL<br>CORPORATION,<br><br>Defendant. | Case No.: 4:21-CV-00201-RLW |

**PLAINTIFF'S RULE 41 MOTION FOR VOLUNTARY DISMISSAL**

The Named Plaintiff Andrew Lococo ("Lococo") moves for a voluntary dismissal of this action as follows.

1. Lococo filed this action as a putative collective and class action under the Fair Labor Standards Act and Missouri law brought on behalf of hourly retail bankers.

2. There are no persons who have filed an opt-in consent to join the action under the FLSA. The action has not been certified as a class under either the FLSA or Rule 23.

3. Since this action has not been certified as a class and there is no request that the action be certified as a class for settlement, the requirements of Rule 23(e) do not apply.

4. Rule 41(a)(2) allows the Court to enter an Order dismissing the action at the plaintiff's request. The plaintiff wishes to withdraw from this action and requests such dismissal. There are no counterclaims pending resolution.

5.    Defendant does not oppose dismissal of the action without prejudice.

WHEREFORE, the plaintiff respectfully requests pursuant to Rule 41(a)(2) that this action be dismissed in its entirety without prejudice.

Respectfully submitted,

*/s/ Matthew Miller*
Matthew D. Miller (PA ID: 312387)
Justin L. Swidler NJ ID: 039312007)
**SWARTZ SWIDLER, LLC**
1001 Kings Highway North, Ste. 402
Cherry Hill, NJ 08034
Phone: (856) 685-7420
Fax: (856) 685-7417
jswidler@swartz-legal.com
mmiller@swartz-legal.com

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October 2021, I filed the above and foregoing utilizing the Court's CM/ECF System, which will transmit an electronic notification of this filing to all counsel of record.

*/s/ Matthew Miller*
Matthew D. Miller