IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ANDREW LOCOCO,<br>individually and on<br>behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SIMMONS FIRST NATIONAL<br>CORPORATION,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 4:21-CV-00201-RLW |

**ORDER OF DISMISSAL**

This matter is before the Court on Plaintiff Andrew Lococo's Rule 41 Motion for Voluntary Dismissal (ECF No. 27). Lococo filed this action on behalf of hourly retail bankers as a putative collective and class action under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* ("FLSA") and Missouri law. No one has filed an opt-in consent to join the action under the FLSA. The action has not been certified as a class under either the FLSA, Rule 23, or any other law. Since this action has not been certified as a class and there is no request that the action be certified as a class for settlement, the requirements of Rule 23(e) do not apply. Rule 41(a)(2) allows the Court to enter an Order dismissing the action at the plaintiff's request. The plaintiff wishes to withdraw from this action and requests such dismissal. There are no counterclaims pending resolution. Defendant does not oppose dismissal of the action without prejudice.

1

2

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Andrew Lococo's Rule 41 Motion for Voluntary Dismissal (ECF No. 27) is **GRANTED**.  This action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss for Lack of Jurisdiction (ECF No. 10) is **DENIED** as moot.

Dated this 5th day of October, 2021.

*Ronnie L. White*
_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**